**Dismissed and Memorandum Opinion filed October 13, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00808-CR

### GEORGE CASTILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1436257**

## M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the offense of assault of a family member and sentenced to 30 days in the Harris County Jail on December 11, 2014. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until August 31, 2015.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App.

P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).